UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL E DELLOSTRITTO, *Judge*, <br><br> Respondent. | No. 1:19-cv-01772-DAD-SKO (HC) <br><br> ORDER DENYING MOTION FOR RELEASE AS MOOT <br><br> (Doc. No. 15) |

Petitioner Billy Driver, Jr. is a state prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On April 17, 2020, petitioner filed a motion seeking immediate release. (Doc. No. 15.) On June 26, 2020, the court dismissed the petition for failure to state a claim, and judgement was entered. (Doc. Nos. 16, 17.) As a result, petitioner's motion for immediate release was rendered moot.

Accordingly, petitioner's motion for immediate release (Doc. No. 15) is denied.

IT IS SO ORDERED.

Dated: __**July 17, 2020**__          _____
                                                       UNITED STATES DISTRICT JUDGE

1